Dear Sir:                                              4-14-15

I had an appeal in your court that ended
11-19-2014. Appeal number: 14-13-00450-CR
PDR #: PD-0750-14. (TDC) Texas Department
of criminal justice still shows my case to be on
appeal in their time sheet records. Can you please
confirm with TDC that the mandate has issued in
this appeal and that it is final. Thank You for your
time.

                    Sincerely
                    Steven Isbel
                    Steven Isbel
                    01859521 Willacy Unit
                    1695 South Buffalo Dr.
                    Raymondville, TX. 78580

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk